MARY ROSENBERG, as Administratrix of the Estate of JOSEPH ROSENBERG, Deceased, et al., Appellants, *v.* ADOLPH FELDBLUM, Individually and as Administrator of the Estate of MEYER CHINSKY, Deceased, Respondent, Impleaded with Others.

Argued October 26, 1938; decided November 29, 1938.

672

*Joseph Rosch, Hyman Grossman, Emil Peters* and *Benjamin M. Goldstein* for appellants.

*Louis E. Goldstein* and *Aaron William Levy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.